**SEALED**

**FILED**
Mar 24, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASON LOUIS MELLO <br><br> Defendants. | CASE NO. 1:22-cr-00087-JLT-SKO <br><br> MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on March 24, 2022 charging the above defendant with violations of 26 U.S.C. § 7202 – Failure to Pay Over Trust Fund Taxes (Counts One through Six); 26 U.S.C. §§ 7301, 7302, and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant

///

///

thereto, except when necessary for the issuance and execution of the warrants.

DATED: March 24, 2022  Respectfully submitted,

                                      PHILLIP A. TALBERT
                                      United States Attorney

                             By   /s/ JEFFREY A. SPIVAK
                                    JEFFREY A. SPIVAK
                                      Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  March 24, 2022

                                      STANLEY A. BOONE
                                      U.S. Magistrate Judge