PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>           v.<br><br>JASON LOUIS MELLO,<br><br>                     Defendant. | CASE NO. 1:22-CR-00087-JLT-SKO<br><br>MOTION AND ORDER TO UNSEAL INDICTMENT |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record.

Dated: April 4, 2022                                          PHILLIP A. TALBERT
                                                              United States Attorney

                                                         By:  /s/ JEFFREY A. SPIVAK
                                                              JEFFREY A. SPIVAK
                                                              Assistant United States Attorney

MOTION AND PROPOSED ORDER TO UNSEAL                    1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00177 LJO SKO |
|---|---|
| Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| v. | |
| JASON LOUIS MELLO, | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment be unsealed and become public record.

IT IS SO ORDERED.

Dated:  **April 4, 2022**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE