1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   JASON LOUIS MELLO

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 1:22-cr-00087-JLT-SKO

12              Plaintiff,               **STIPULATION TO VACATE STATUS
                                         CONFERENCE AND SET MOTION
13  vs.                                  BRIEFING SCHEDULE; ORDER**

14  JASON LOUIS MELLO,                   Date:  May 1, 2023
                                         Time:  9:00 a.m.
15              Defendants.              Judge: Hon. Jennifer L. Thurston

16

17        IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant

19  Federal Defender Erin Snider, counsel for Jason Louis Mello, that the Court may vacate the

20  status conference currently scheduled for February 1, 2023, at 1:00 p.m. and set the following

21  motion briefing schedule: motions due March 6, 2023; opposition due April 3, 2023; reply due

22  April 17, 2023; motion hearing on May 1, 2023, at 9:00 a.m.

23        The parties agree and request that the Court make the following findings:

24        1.    By previous order, this matter was set for a status conference on February 1,

25  2023, at 1:00 p.m.

26        2.    The government has provided initial discovery.

27        3.    Counsel for Mr. Mello intends to file a motion to dismiss. Counsel for Mr. Mello

28  requires time to prepare said motion.

1    5.    Counsel for Mr. Mello believes that failure to grant the above-requested

2  continuance would deny her the reasonable time necessary for effective preparation, taking into

3  account the exercise of due diligence.

4    6.    The government does not object to the continuance and motion briefing schedule.

5    7.    Based on the above-stated findings, the ends of justice served by continuing the

6  case as requested outweigh the interest of the public and the defendant in a trial within the

7  original date prescribed by the Speedy Trial Act.

8    8.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

9  *et seq.*, within which trial must commence, the time period of February 1, 2023, to May 1, 2023,

10  inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

11    **IT IS SO STIPULATED.**

12    Respectfully submitted,

13
    PHILLIP A. TALBERT
14    United States Attorney

15  Date: January 25, 2023    /s/ Jeffrey Spivak
    JEFFREY SPIVAK
16    Assistant United States Attorney
    Attorney for Plaintiff
17

18    HEATHER E. WILLIAMS
    Federal Defender
19

20  Date: January 25, 2023    /s/ Erin Snider
    ERIN SNIDER
21    Assistant Federal Defender
    Attorney for Defendant
22    JASON LOUIS MELLO

23

24

25

26

27

28

Mello – Stipulation to Vacate Status Conference and Set          2
Motion Briefing Schedule

1

**O R D E R**

2      **IT IS SO ORDERED.** The status conference currently scheduled for February 1, 2023,

3  at 1:00 p.m. is hereby VACATED. The defense shall file any motions by March 6, 2023; the

4  government shall file its opposition by April 3, 2023; and the defense may file a reply by April

5  17, 2023. A motion hearing is set for May 1, 2023, at 10:00 a.m. before District Judge Jennifer

6  L. Thurston.  The time period of February 1, 2023, to May 1, 2023, inclusive, is excludable

7  pursuant to 18 U.S.C § 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

8

9

10  Date: 1/25/2023                              *Sheila K. Oberto*

11                                                   Hon. Sheila K. Oberto
                                                    United States Magistrate Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mello – Stipulation to Vacate Status Conference and Set          3
Motion Briefing Schedule