HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JASON LOUIS MELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00087-JLT-SKO |
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR TRIAL; ORDER** |
| vs. | |
| JASON LOUIS MELLO, | Date:   November 5, 2024 |
| Defendant. | Time:  8:30 a.m. |
| | Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective

counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant

Federal Defender Erin Snider, counsel for Jason Louis Mello, that the Court may vacate the

status conference currently scheduled for December 6, 2023, at 1:00 p.m. and set this matter for a

jury trial on November 5, 2024, at 8:30 a.m.

On November 14, 2023, the Court directed the parties to meet and confer and select a

mutually convenient trial date. The parties have selected Tuesday, November 5, 2024, at 8:30

a.m. The parties agree and request that the Court make the following findings:

1.      The government has produced voluminous discovery in this case, consisting of

19,394 Bates-marked pages.

2.      Defense counsel requires time to review discovery, conduct necessary

investigation, and prepare for trial.

3.    Defense counsel already has three trials scheduled in 2024, including *United States v. Davis*, Case No. 1:21-cr-00206-ADA-BAM, which is scheduled to begin March 19, 2024; *United States v. Garcia-Martinez*, Case No. 1:22-cr-00033-ADA-BAM, which is scheduled to begin April 23, 2024; and *United States v. Navarro Chavoya*, Case No. 1:21-cr-00314-JLT-SKO, which is scheduled to begin May 21, 2024.

4.    In addition to defense counsel's trial schedule, Mr. Mello's busy season at work runs from approximately April through October.

5.    Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5.    The government does not object to the requested continuance.

6.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

7.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of December 6, 2023, to November 5, 2024, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  **IT IS SO STIPULATED.**

2                                    Respectfully submitted,

3
                                     PHILLIP A. TALBERT
4                                    United States Attorney

5  Date: November 29, 2023          */s/ Jeffrey Spivak*
                                     JEFFREY SPIVAK
6                                    Assistant United States Attorney
                                     Attorney for Plaintiff
7

8                                    HEATHER E. WILLIAMS
                                     Federal Defender
9

10 Date: November 29, 2023          */s/ Erin Snider*
                                     ERIN SNIDER
11                                   Assistant Federal Defender
                                     Attorney for Defendant
12                                   JASON LOUIS MELLO

13

14

15                    **O R D E R**

16     **IT IS SO ORDERED.** The status currently scheduled for December 6, 2023, at 1:00

17 p.m. is hereby vacated. This matter is set for a jury trial on November 5, 2024, at 8:30 a.m. For

18 the reasons set forth in the stipulation, the time period of December 6, 2023, to November 5,

19 2024, inclusive, is excluded pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

20

21

22 Date: 11/29/2023                  *Sheila K. Oberto*
23                                   Hon. Sheila K. Oberto
                                     United States Magistrate Judge
24

25

26

27

28

Mello – Stipulation to Continue Status Conference          3