PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON LOUIS MELLO,<br><br>Defendant. | CASE NO. 1:22-CR-00087-JLT-SKO<br><br>STIPULATION TO VACATE TRIAL AND SET CHANGE OF PLEA HEARING; ORDER<br><br>TRIAL DATE: November 5, 2024<br>TIME: 8:30 a.m. |

This case is set for Jury Trial on November 5, 2024. This case has resolved and the parties have filed a plea agreement (see ECF #34). Accordingly, the parties request the Court vacate the trial date in this case and set change of plea date on October 21, 2024 at 9:00 am.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant Jason Louis Mello, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Jury Trial on November 5, 2024.

2. This case has resolved, a plea agreement has been filed (ECF #34), and the parties request the Court vacate the trial date and set change of plea date on October 21, 2024 at 9:00 am.

///

///

///

1

3. Time under the Speedy Trial Act has already been ordered excluded through and including the November 5, 2024 trial date.

IT IS SO STIPULATED.

Dated:  September 23, 2024         PHILLIP A. TALBERT
                                   United States Attorney

                                   /s/ JEFFREY A. SPIVAK
                                   JEFFREY A. SPIVAK
                                   Assistant United States Attorney

Dated:  September 23, 2024         HEATHER E. WILLIAMS
                                   Federal Defender

                                   /s/ Erin Snider
                                   Erin Snider
                                   Assistant Federal Defender
                                   Counsel for Defendant Jason
                                   Louis Mello

**ORDER**

The trial date is this case is vacated.  The Court sets a change of plea hearing on October 21, 2024 at 9:00 am.

IT IS SO ORDERED.

Dated:  **September 23, 2024**                         _____
                                                       UNITED STATES DISTRICT JUDGE

2