HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JASON LOUIS MELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON LOUIS MELLO,<br><br>Defendant. | Case No. 1:22-cr-00087-JLT-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>Date:  July 21, 2025<br>Time:  9:00 a.m.<br>Judge: Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Jason Louis Mello, that the Court may continue the sentencing hearing currently scheduled for February 3, 2025, to July 21, 2025, at 9:00 a.m.

On October 21, 2024, Mr. Mello pled guilty to Count 5 of the Indictment, which charges him with a violation of 26 U.S.C. § 7202, and the Court set the matter for sentencing on February 3, 2025, at 9:00 a.m. Given the holidays, defense counsel's upcoming scheduled leave, and Mr. Mello's work schedule, defense counsel is requesting a continuance to July 21, 2025. The government does not object to the continuance, and both parties are available on that date.

**IT IS SO STIPULATED.**

/ / /

/ / /

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: December 5, 2024         */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: December 5, 2024         */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JASON MELLO

# O R D E R

The sentencing hearing currently scheduled for February 3, 2025, is continued to July 21, 2025, at 9:00 a.m. The United States Probation Office is directed to issue a new presentence investigation schedule.

IT IS SO ORDERED.

Dated:   **December 6, 2024**

UNITED STATES DISTRICT JUDGE

Mello – Stipulation to Continue Sentencing Hearing         2