HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JASON LOUIS MELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JASON LOUIS MELLO,<br><br>　　　　　　Defendant. | Case No. 1:22-cr-00087-JLT-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>Date:   August 11, 2025<br>Time:  9:00 a.m.<br>Judge: Jennifer L. Thurston |

　　　　IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Jason Louis Mello, that the Court may continue the sentencing hearing currently scheduled for July 28, 2025, to August 11, 2025, at 9:00 a.m.

　　　　On October 21, 2024, Mr. Mello pled guilty to Count 5 of the Indictment, which charges him with a violation of 26 U.S.C. § 7202, and the Court set the matter for sentencing on February 3, 2025. *See* ECF #38. Upon stipulation of the parties, the Court later continued the sentencing hearing to July 21, 2025. *See* ECF #40. The Court then continued the sentencing hearing one week to July 28, 2025, due to the unavailability of the Court. *See* ECF #41.

　　　　Defense counsel is scheduled to be on leave from June 16, 2025, through July 4, 2025, and will not have access to phone or email during that time. Due to the Court's one-week continuance to July 28, 2025, the deadline for filing the draft Presentence Investigation Report

1  ("PSR") and the deadline for filing informal objections now falls during defense counsel's leave.
2  To ensure defense counsel has sufficient time to review the draft PSR with her client and draft
3  any informal objections, defense counsel is requesting a two-week continuance of the sentencing
4  hearing so that all deadlines fall after her return to the office. The government does not object to
5  the continuance, and both parties are available on that date.

6  **IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: June 10, 2025        */s/ Jeffrey Spivak*
                           JEFFREY SPIVAK
                           Assistant United States Attorney
                           Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 10, 2025        */s/ Erin Snider*
                           ERIN SNIDER
                           Assistant Federal Defender
                           Attorney for Defendant
                           JASON MELLO

## O R D E R

**IT IS SO ORDERED.** The sentencing hearing currently scheduled for July 28, 2025, is continued to August 11, 2025, at 9:00 a.m. The United States Probation Office is directed to issue a new presentence investigation schedule.

IT IS SO ORDERED.

Dated:   **June 12, 2025**

UNITED STATES DISTRICT JUDGE